**Order entered June 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00341-CV**

**IN THE INTEREST OF A.C., A CHILD**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 107543-CC**

**ORDER**

This is an accelerated appeal from a parental termination case. Father's brief has been filed. Mother's brief is twice overdue, and the Court has had no communication with Mother since the appeal was filed.

We cautioned Mother by order dated May 27, 2022 that failure to file the brief by June 10, 2022 could result in an order for the trial court to conduct a hearing to determine why her brief had not been filed and to take such measures as might be necessary to ensure effective representation, including appointment of new counsel. Accordingly, we **ORDER** the trial court to conduct a hearing **no later than June 24, 2022** to determine why Mother's brief has not been filed. In

this regard, the trial court shall make appropriate findings and determine whether Mother desires to prosecute the appeal. If Mother desires to prosecute the appeal, the trial court shall determine whether Mother's appointed counsel is able to file the brief **by July 14, 2022** or whether new counsel should be appointed. If the trial court determines new counsel should be appointed, the trial court shall appoint new counsel who can file the brief **by July 14**.

We **ORDER** a reporter's record of the hearing and a supplemental clerk's record containing the trial court's findings filed with the Court **no later than June 30, 2022**. We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Tracy Gray, Presiding Judge of County Court at Law No.1; Kaufman County District Clerk Rhonda Huey; Shelly L. Dearing, Official Court Reporter for the County Court at Law No. 1; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It shall be reinstated no later than July 6, 2022.

/s/    ERIN A. NOWELL
JUSTICE